IN RE COLEMAN.

(No. 3,678.)

(Submitted June 28, 1915.  Decided July 3, 1915.)

[149 Pac. 975.]

Application by John A. Coleman for writ of *habeas corpus.*

*Messrs. O. W. McConnell* and *A. J. Galen,* for Petitioner.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The writ of *habeas corpus* heretofore issued is quashed, and the petitioner is remanded to the custody of the sheriff of Fergus county.

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.